NELSON DAIL, ALIAS NICK DAIL, *v.* STATE OF MARYLAND

[No. 33, October Term, 1944.]

*Decided November 16, 1944.*

The cause was argued before MARBURY, C. J., DELA-
PLAINE, COLLINS, GRASON, MELVIN, BAILEY, CAPPER, and
HENDERSON, JJ.

*V. Calvin Trice,* with whom was *James A. McAllister*
on the brief, for the appellant.

Court declined to hear argument, but *William C. Walsh,
Attorney General,* and *J. Edgar Harvey, Assistant At-
torney General,* and *Frederick P. McBreity, State's Attor-
ney for Dorchester County,* appeared on the brief for the
appellee.

The following opinion was filed *per curiam*:

Ordered that the appeal in this case be dismissed on the
authority of *Norris v. State,* 158 Md. 700, 150 A. 261.